## City Court.

### *Special Term—April*, 1886.

### HEIMERS *against* DAVIDSON, SHERIFF.

Where a public officer succeeds at a trial in obtaining final judgment in his favor, he is entitled to double costs. He is not entitled, however, to a double bill on the mere reversal of a judgment recovered against him.

McADAM, Ch. J.—Where a public officer succeeds at the trial in obtaining " a final judgment in his favor," he is entitled to double costs (*Code*, § 3258). If the judgment so obtained by him is affirmed on appeal, he is entitled to double costs on the appeal (Burkle *v.* Luce, 1 *N. Y.* 293; S. C., 3 *How. Pr.* 236). But if the public officer does not obtain a final judgment in his favor, he cannot obtain double costs upon a mere reversal of the judgment, which is not a final adjudication. He must, according to the statute as interpreted by the courts, succeed on the trial or obtain a final judgment in his favor before the right to double costs attaches (3 *Law Bull.* 29; 18 *How. Pr.* 468; 4 *Hill*, 546; 6 *How. Pr.* 253; 9 *Id.* 80);

but when it once attaches by force of the statute, it applies to any appeal at which he succeeds in sustaining the judgment originally rendered in his favor.

Taxation affirmed.